ACCEPTED
03-14-00183-CV
7398215
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 4:02:33 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00183-CV

### IN THE COURT OF APPEALS
### FOR THE THIRD DISTRICT OF TEXAS
### AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 4:02:33 PM
JEFFREY D. KYLE
Clerk

_____

### CAROL KORMANIK,
*Appellants*,

### vs.

### VICTOR SEGHERS,
*Appellee*.

**Appealed from the 155th Judicial District Court of Fayette County, Texas
Trial Court Cause No. 2013v-016**

---

### UNOPPOSED MOTION TO EXTEND TIME FOR
### FILING MOTION FOR REHEARING

---

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW**, Appellant, Carol Kormanik, and moves this Court to grant an extension of time to file a Motion for Rehearing in this cause and, in support thereof, would respectfully show the Court as follows:

### I.

1. This Court issued its opinion on October 1, 2015.

2. Appellant's Motion for Rehearing is due on or before October 16, 2015.

---

*Mtn to Extend Time for Filing Mtn for Rehearing*     1

3.	Appellant seeks a 30-day extension of time to file a Motion for Rehearing, which would make the motion due on or before November 16, 2015.

4.	This is Appellant's first request for an extension of time to file a motion for rehearing.

5.	Appellant's counsel has conferred with Appellee's counsel, Carl A. Generes. Mr. Generes does not oppose the granting of the relief sought by this motion.

## II.

6.	This extension of time is necessary because Appellant's counsel is lead counsel in Cause No. 2013-CV-F001606D1, *Urman, Inc. v. Aclor International, et. al.*, in the 49th District Court of Webb County, Texas. The trial began on October 5, 2015 and, as of October 15, 2015, is still in progress.

## III.

7.	For these reasons, Appellant requests that this Court issue an order extending the time for filing the Motion for Rehearing to November 16, 2015.

Respectfully submitted,

**THE SYDOW FIRM**

/s/ Michael D. Sydow
Michael D. Sydow
michael.sydow@thesydowfirm.com
Texas Bar No. 19592000

5020 Montrose Boulevard, Suite 450
Houston, Texas 77006
(713) 622-9700 [Telephone]
(713) 552-1949 [Telecopier]
**ATTORNEY FOR APPELLANT.**

## CERTIFICATE OF CONFERENCE

On October 15, 2015, correspondence was sent to Carl A. Generes, attorney for Appellee, Victor Seghers, regarding merits of this Motion. Mr. Generes advised my office that he does not oppose this request for extension of time.

/s/ Michael D. Sydow
Michael D. Sydow

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Unopposed Motion to Extend Time for Filing Motion for Rehearing* was served by electronic service upon all parties of record or their counsel, as indicated on the attached service list, on this 15th day of October, 2015.

/s/ Michael D. Sydow
Michael D. Sydow

**SERVICE LIST:**

Mr. Carl A. Generes
4358 Shady Bend Drive
Dallas, Texas 75244

**ATTORNEY FOR APPELLEE.**